STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 15 2000

at 11 o'clock and 52 min. A M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00.00476 DAE |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| vs. ) | [8 U.S.C. § 1324(a)(1)(A)(iv)] |
| ) | |
| SUWARNO, ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about November 19, 2000, in the District of Hawaii, the defendant, SUWARNO, did encourage and induce an alien, namely "Xun J.," to come to the United States knowing that

//
//
//

such coming to the United States would be in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: December 15, 2000, at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA V. SUWARNO
"Information"

2